UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY H-15-1

FILED

2016 SEP 21  P 12: 24

US DISTRICT COURT
HARTFORD CT

| UNITED STATES OF AMERICA | CRIMINAL NO. 3:16 cr 173 (MPS) |
|---|---|
| v. | VIOLATION: |
| JESUS SANTIAGO, a.k.a. "Choco" | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (Unlawful Possession of Firearm by a Felon) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Unlawful Possession of Firearm by a Felon)

1.      On or about June 21, 2016, in the District of Connecticut, defendant JESUS SANTIAGO, a.k.a. "Choco," having been convicted in the Superior Court of the State of Connecticut of crimes punishable by a term of imprisonment exceeding one year, that are: (1) Possession of Narcotics, in violation of Connecticut General Statutes, Section 21a-279(a), on or about October 3, 2013; (2) Possession of Narcotics, in violation of Connecticut General Statutes, Section 21a-279(a), on or about July 15, 2013; (3) Violation of a Protective Order, in violation of Connecticut General Statutes, Section 53a-223, on or about September 6, 2007; (4) Sale of a Hallucinogen/Narcotics, in violation of Connecticut General Statutes, Section 21a-277(a), on or about March 9, 2007; (5) Robbery in the Second Degree, in violation of Connecticut General Statutes, Section 53a-135, on or about May 29, 2003; (6) Possession of Narcotics, in violation of Connecticut General Statutes, Section 21a-279, on or about January 26, 2000; and (7) Possession of Narcotics, in violation of Connecticut General Statutes, Section 21a-279(a), did knowingly possess a firearm in and affecting interstate commerce, namely, one Kel-Tec .380 caliber semi-automatic pistol, bearing serial number J5615, which had been shipped and transported in interstate

or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

2.  Upon conviction of the firearm offense charged in Count One of this Indictment, defendant JESUS SANTIAGO shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), the firearm and ammunition involved in the commission of the offense, including, but not limited to, one Kel-Tec .380 caliber semi-automatic pistol, bearing serial number J5615, which was seized on or about June 21, 2016.

A TRUE BILL

/s/
_____
FOREPERSON

UNITED STATES OF AMERICA

_____
DEIRDRE M. DALY
UNITED STATES ATTORNEY

_____
PATRICIA STOLFI COLLINS
ASSISTANT UNITED STATES ATTORNEY